IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

TEROME LEVI PORTER, )
)
    Petitioner, )
)
vs. ) No. CIV-15-1165-W
)
ROBERT PATTON, Director, )
)
    Respondent. )

## ORDER

On November 25, 2015, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this matter and recommended, inter alia, that the Application for Leave to Proceed in Forma Pauperis filed by petitioner Terome Levi Porter be denied because Porter had sufficient funds in his institutional account to prepay the filing fee. See Doc. 8. Magistrate Judge Goodwin further recommended that Porter be ordered to pay the filing fee in full. See id.

Upon review, the Court concurs with Magistrate Judge Goodwin's suggested disposition of Porter's request that he be permitted to proceed without prepayment of fees or costs. The Court therefore

(1) ADOPTS the Report and Recommendation [Doc. 8] issued on November 25, 2015;

(2) DENIES Porter's Application for Leave to Proceed in Forma Pauperis [Doc. 7] file-stamped November 16, 2015; and

(3) because the record now shows that Porter has paid the $5.00 filing fee in full, see Doc. 9, RE-REFERS this matter to Magistrate Judge Goodwin for further proceedings.

ENTERED this __11th__ day of December, 2015.

LEE R. WEST
UNITED STATES DISTRICT JUDGE